UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARILYN D. MEADOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-2185 |
| | ) |
| TATE & LYLE INGREDIENTS | ) |
| AMERICAS, LLC, a corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

Comes now the Plaintiff, Marilyn Meador ["Meador"], by and through her attorney, James P. Baker, and Tate & Lyle Ingredients Americas, LLC, by and through its attorney, Michelle Mellinger, respectively, and pursuant to the Court's order of April 16, 2015, stipulate and agree to this Court entering an order dismissing the above proceeding with prejudice.  The parties represent to the Court that the above captioned lawsuit has been settled and they have entered into an agreement calling for the dismissal of the above captioned proceeding with prejudice.

        MARILYN MEADOR

        By: s/ James P. Baker
        Attorney for Plaintiff
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: JPB@bbklegal.com

                TATE & LYLE INGREDIENTS
                AMERICAS, LLC

                By: s/Michelle K. Mellinger (w/consent)
                      One of its Attorneys

Michelle K. Mellinger
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: mmellinger@seyfarth.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradford L. Livingston
Michelle K. Mellinger
Seyfarth Shaw LLP
Suite 2400
Chicago, Illinois 60603
blivingston@seyfarth.com
Mmellinger@seyfarth.com

                s/ James P. Baker
                James P. Baker