UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN D. MEADOR,<br><br>    Plaintiff,<br><br>v.<br><br>TATE & LYLE INGREDIENTS<br>AMERICAS, LLC, *a corporation,*<br><br>    Defendant. | 13-2185 |

### ORDER

On June 16, 2015, the parties filed a joint Stipulation for Dismissal (#34). The parties stipulate and agree that this cause should be dismissed with prejudice, each party to bear their own costs.

IT IS THEREFORE ORDERED THAT:

(1)    This case is dismissed with prejudice, each party to bear their own costs.

(2)    This case is terminated.

ENTERED this 17th day of June, 2015.

**s/ Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE